**MAYTAG CORPORATION, Plaintiff–Appellant,**

v.

**ELECTROLUX HOME PRODUCTS, INC., Defendant–Appellee.**

No. 2007–1015.

United States Court of Appeals, Federal Circuit.

May 10, 2007.

Before MAYER, BRYSON and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Michael JANNETTY, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7358.

United States Court of Appeals, Federal Circuit.

May 10, 2007.

Before RADER, GAJARSA and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.